UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) </br> ) </br> )   No. 21-cr-10248-JCB </br> ) </br> ) </br> ) </br> ) </br> ) |
| v. | |
| ALI JAAFAR, ET AL. | |
| Defendant. | |

**WITHDRAWAL OF APPEARANCE**

The undersigned Assistant U.S. Attorney will no longer be appearing in this case for the government.

Respectfully submitted,

RACHAEL S. ROLLINS
UNITED STATES ATTORNEY

Dated: January 11, 2022     By:   */s/ Sara Miron Bloom*
SARA MIRON BLOOM
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: January 11, 2022     By:   */s/ Sara Miron Bloom*
SARA MIRON BLOOM
Assistant United States Attorney