UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) ALI JAAFAR<br>(2) MOHAMED JAAFAR,<br>(3) YOUSEF JAAFAR,<br><br>    Defendants | CRIMINAL No. 21-cr-10248-NMG-JCB |

STATUS REPORT AND RECOMMENDATION
TO CONTINUE STATUS CONFERENCE FOR 30 DAYS

The United States of America, by and through Assistant United States Attorney Christopher J. Markham, having consulted with the defendants through their counsel, respectfully submits this status report and recommend that this Court grant a continuance of the time within which the trial of the charged offenses must commence.

On August 19, 2021, the grand jury returned an Indictment in this matter. This Court has previously excluded the time from the defendants' arraignments until the scheduled status conference on February 17, 2022. At the request of the parties, the Court later rescheduled the status conference to April 21, 2022. Dkt. No. 59. The parties agree that additional time is needed to consider a specific, proposed resolution of this matter.

**(1) Status of Automatic Discovery and Pending Discovery Requests**

On or about September 29, 2021, the Court entered the Protective Order agreed upon by the parties and on September 30, 2021, the United States sent out automatic discovery pursuant to that Protective Order. The government's understanding is that counsel for the defendants have been reviewing those materials.

**(2) Pretrial Motions Under Fed. R. Crim. P. 12(b)**

The government understands that the defendants are evaluating the merits of any motions under Fed. R. Crim. P. 12(b).

**(3) Timing of Expert Disclosures**

Should expert testimony prove necessary, the government agrees to make the requisite expert witness disclosures 45 days before trial, and the defendant agrees to make reciprocal disclosures 30 days before trial.

**(4) Defenses of Insanity, Public Authority, or Alibi**

The government understands that the defendant has not yet definitively determined whether any such defenses will be offered.

**(5) Status of Plea Discussions and Estimated Length of Trial**

The parties have recently identified a potential resolution of this case. The defendants have informed the government that they require additional time to consider that resolution. The government therefore recommends a 30-day continuance period.

If the case were to go to trial, the government currently estimates that its case in chief would last two to three weeks.

**(6) Timing of an Interim Status Conference**

The parties request that the Court convene an interim status conference at a future date that is convenient for the Court. The time until that conference should be excluded under 18

U.S.C. § 3161(h)(7) so that that the defendants may have adequate time to, among other things, review the proposed resolution of this case.[1] The government recommends 30 days.

                              Respectfully submitted,

                              RACHAEL S. ROLLINS
                              United States Attorney

                              By:   /s/ Christopher J. Markham
                              CHRISTOPHER J. MARKHAM
                              Assistant United States Attorney

---

[1] The time period until the next status conference constitutes "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv) and Sections 5(b)(7)(A), 5(b)(7)(B) and 5(b)(7)(C)(iv) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts.

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Christopher J. Markham
CHRISTOPHER J. MARKHAM
Assistant United States Attorney

Date: April 14, 2022