United States District Court

District of Massachusetts

|  |  |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 21-10248-NMG |
| Ali Jaafar and Yousef Jaafar, ) | |
| ) | |
| Defendants. ) | |

Verdict Form

WE, THE JURY, UNANIMOUSLY FIND:

1. On the charge of <u>conspiracy to defraud the United States</u> (Count <u>One</u>), defendant:

    |  | NOT GUILTY | GUILTY |
    |---|---|---|
    | Ali Jaafar | | ✓ |
    | Yousef Jaafar | | ✓ |

2. On the charge of <u>money laundering conspiracy</u> involving the proceeds of <u>mail fraud</u> (Count <u>Two</u>), defendant:

    |  | NOT GUILTY | GUILTY |
    |---|---|---|
    | Ali Jaafar | | ✓ |
    | Yousef Jaafar | | ✓ |

3.  On the charge of <u>money laundering conspiracy</u> involving the proceeds of <u>wire fraud</u> (Count <u>Two</u>), defendant:

|  | NOT GUILTY | GUILTY |
|---|---|---|
| Ali Jaafar |  | ✓ |
| Yousef Jaafar |  | ✓ |

4.  On the charge of <u>willfully filing a false tax return</u> (Count <u>Six</u>), defendant **Ali Jaafar**:

    NOT GUILTY                                      GUILTY

    _____                                      ___✓___

5.  On the charge of <u>willfully filing a false tax return</u> (Count <u>Fifteen</u>), defendant **Yousef Jaafar**:

    NOT GUILTY                                      GUILTY

    _____                                      ___✓___

YOUR DELIBERATIONS ARE COMPLETE.  THE FOREPERSON WILL SIGN THE VERDICT FORM AND NOTIFY THE MARSHAL IN WRITING THAT THE JURY HAS COME TO A DECISION WITHOUT REVEALING THE VERDICT TO THE MARSHAL. THE JURY WILL THEN BE INVITED TO THE COURTROOM TO RETURN ITS VERDICT.

Dated: 12-9-2022            Jury Foreperson: *Karen Bullard Cuaua* (signature)