UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 21-10248-NMG |
| ) | |
| ALI JAAFAR, and ) | |
| YOUSEF JAAFAR ) | |
| Defendant. ) | |

## MOTION TO CONTINUE ALI AND YOUSEF JAAFAR'S SENTENCING

Defendants, Ali Jaafar ("Ali") and Yousef Jaafar, request that this Court postpone both sentencings currently scheduled for May 22, 2023 to a date no earlier than July 24, 2023. As grounds therefore, Ali states that he is scheduled to undergo a second eye surgery on June 24, 2023. A copy of his doctor's letter is attached.

As background, Ali is legally blind in his right eye and had a surgical procedure in his left eye as a result of a rupture several months ago. He since has developed progressive cataracts in his left eye leaving him with only blurry vision. *Id.* The first surgery and the upcoming one will be performed by the same doctor for continuity because he has treated Ali for a number of years and the doctor is familiar with defendant's condition and medical history.

Although the surgery will take place after the date of the current sentencing, he most likely will be taken into BOP custody immediately if the Probation Department's recommendation is followed. If its recommendation is not followed, having him report to the BOP within a short period of time following the surgery may not leave sufficient time for him to recuperate fully and to have follow up care by the doctor who performs his surgery. Further, the stress of an impending custodial order may impact a successful surgical outcome. It is unnecessary to put additional stress on Ali under the circumstances. Both he and Yousef have been in compliance with all

1

*Motion denied.* /s/ NM Gorton, USDJ 05/16/2023